UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                                                                          Bankr. Case No. 18-00936-JSB-7

Emily Strelchuk                                                                                                 Chapter 7
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on March 14, 2018 :

DAVID M SIEGEL
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

Thomas E Springer
300 South County Farm Road
Suite I
Wheaton, IL 60187

By /s/ Mandy Youngblood
Mandy Youngblood

xxxxx95831 / 947002